■ FIRELANDS SEWER AND WATER CONSTRUCTION Co., INC., et al., Respondents, v ROCHESTER PURE WATERS DISTRICT, MONROE COUNTY, et al., Appellants.—Judgment unanimously affirmed, with costs. Memorandum: We affirm for the reasons stated at Special Term (Livingston, J.). (See *Matter of Ballard Constr. v Ross,* 63 AD2d 99; *Matter of Expert Elec. v Goldin,* 51 AD2d 763.) We reject respondents-appellants' argument that chapter 336 of the Laws of 1978, amending section 220 of the Labor Law, should be applied retroactively. Any suggestion that the Legislature intended that the amend-

ment be so applied is negated by section 4 of chapter 336 which states that the amendment "shall take effect on the sixtieth day after it shall have become a law." (See *Matter of Deutsch v Catherwood,* 31 NY2d 487; *Matter of Ayman v Teachers' Retirement Bd. of City of N. Y.,* 9 NY2d 119.) (Appeals from judgment of Monroe Supreme Court—article 78.) Present—Moule, J. P., Simons, Dillon, Hancock, Jr., and Schnepp, JJ.